UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J.,[1]<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-01961-CBM-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the Complaint, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court has also reviewed Plaintiff's Objections to the Report and Recommendation and Defendant's Response to Plaintiff's Objections, and rules as follows:

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1. Plaintiff's objection that the Magistrate Judge improperly ruled that the ALJ's failure to evaluate Listing 12.03 was harmless error is **OVERRULED**.
2. Plaintiff's objection that the Magistrate Judge improperly ruled that the ALJ provided clear and convincing reasons to discount Plaintiff's subjective symptoms is **OVERRULED**.

Having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court hereby concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is AFFIRMED; and (3) this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

DATED: January 29, 2025

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE