# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br><br> Commissioner of Social Security <br><br> Defendant. | Case No. 2:24-cv-01961-CBM-SSC <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is affirmed.

DATED: January 29, 2025

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.